No. 10–10205. DENNIS v. CITY OF NORTH MIAMI, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10209. WILLIAMS v. PRUDDEN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–10211. MCCARTHY v. SCOFIELD ET AL. Ct. App. Mich. Certiorari denied.

No. 10–10228. BRESTLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10245. BRADLEY v. TERRELL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–10291. HATTON v. VIRGINIA EMPLOYMENT COMMISSION ET AL. Sup. Ct. Va. Certiorari denied.

No. 10–10306. KING v. SHERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10328. POWELL v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10365. GRAY v. COX ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10385. BEAN v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 10–10424. WILLARD v. HICKSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–10461. JARVIS v. ENTERPRISE FLEET SERVICES & LEASING CO. C. A. 4th Cir. Certiorari denied.

No. 10–10535. BAHENA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 10–10540. WATSON v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.